1

HONORABLE BENJAMIN H. SETTLE
HONORABLE MICHELLE L. PETERSON

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9

10

11

ZANE J. KIRBY,

Case No. 3:22-cv-05168-BHS-MLP

12

13

Plaintiff,

**JOINT STIPULATION TO MODIFY
ORDER SETTING PRETRIAL
SCHEDULE**

14

v.

15

McMENAMINS, INC., et al.,

16

Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO MODIFY ORDER
SETTING PRETRIAL SCHEDULE
CASE NO. 3:22-cv-05168-BHS-MLP

ACKERMANN & TILAJEF, P.C.
2602 North Proctor St., #205
Tacoma, Washington 98406
T. (253) 625-7720 | F. (310) 277-0635

**RECITALS**

**WHEREAS**, on or about February 9, 2022, Plaintiff ZANE KIRBY ("Plaintiff") filed his Class Action Complaint for Unpaid and Wrongfully Withheld Wages (the "Complaint") in this action in the Superior Court of the State of Washington in and for the County of Lewis [Dkt. #1-1];

**WHEREAS**, on March 16, 2022, Defendant McMENAMINS, INC. ("Defendant") removed Plaintiff's above-described state court action to this Court [Dkt. No. 1];

**WHEREAS**, in his Complaint, Plaintiff alleges causes of action against Defendant, an Oregon corporation that is engaged in the food and restaurant industry, for, *inter alia*, failure to compensate for missed meal and rest periods pursuant to RCW 49.12 and WAC 296-126-092, which allegations Defendant denies;

**WHEREAS**, on May 19, 2022, this Court issued its Order Setting Pretrial Schedule, which included, *inter alia*, an April 10, 2023 "[d]eadline for Plaintiff to file Motion for Class Certification and Report of Class Certification Expert", with a note that "[t]his deadline can be extended for good cause pursuant to LCR 23(i)." [Dkt. No. 12]. The Court's Order Setting Pretrial Schedule also includes a May 8, 2023 deadline for Defendant to file its Opposition to Plaintiff's Motion for Class Certification, and a July 15, 2023 deadline for discovery to be completed by. *Id.*

**WHEREAS,** since the Court's issuance of the Order Setting Pretrial Schedule, the parties have worked diligently towards completing discovery and preparing for class certification briefing;

**WHEREAS,** on May 26, 2022, Plaintiff propounded a first set of written discovery requests consisting of Interrogatories and Requests for Production of Documents to Defendant, and Plaintiff also simultaneously provided Defendant with a Notice of Deposition of Person Most Knowledgeable at McMenamins, Inc., which included eleven deposition subjects for Defendant's Rule 30(b)(6) designee(s);

**WHEREAS,** on June 30, 2022, Defendant served Plaintiff with its Objections, Answers, and Responses to Plaintiff's first set of written discovery requests. Defendant also produced 149-pages of responsive documents to Plaintiff on July 1, 2022;

**WHEREAS,** on July 19, 2022, Plaintiff's counsel sent Defendant's counsel a Meet & Confer

JOINT STIPULATION TO MODIFY ORDER
SETTING PRETRIAL SCHEDULE
CASE NO. 3:22-cv-05168-BHS-MLP

ACKERMANN & TILAJEF, P.C.
2602 North Proctor St., #205
Tacoma, Washington 98406
T. (253) 625-7720 | F. (310) 277-0635

1  letter alleging deficiencies in Defendant's responses to Plaintiff's first set of written discovery;

2  **WHEREAS,** on August 16, 2022, Plaintiff's counsel and Defendant's counsel engaged in a

3  thorough meet and confer conversation via telephone regarding the deficiencies in Defendant's

4  responses to Plaintiff's first set of written discovery, in an effort to eliminate the need for Plaintiff to

5  file a motion to compel discovery. Through the meet and confer process, the parties worked

6  cooperatively to agree on a modified discovery plan that is manageable, and Defendant agreed to

7  produce to Plaintiff specific discovery documents and class data relevant to Plaintiff's forthcoming

8  motion for class certification, including, *inter alia*: a class list (with a random sample of 15% of the

9  class members' contact information); all applicable compensation policies and meal and rest period

10  policies; a random sample of 15% of the class members' timecard or time-clock records; and a

11  random sample of 15% of the class members' wage statements;

12  **WHEREAS,** during the August 16, 2022 meet and confer conversation, Defendant's counsel

13  informed Plaintiff's counsel that Defendant was the victim of a ransomware attack in December 2021

14  which destroyed many of its records, including its historical electronic timecard and payroll records.

15  Specifically, on December 12, 2021, Defendant suffered a ransomware attack and cybercriminals

16  gained access to the company system and installed malicious software. As a result, most electronic

17  documents, including related to Plaintiff, were destroyed. Defendant's counsel informed Plaintiff's

18  counsel that while Defendant does maintain physical timecard and payroll records, the process for

19  compiling, analyzing, and producing responsive documents is laborious and time-consuming.

20  Therefore, the Parties are, and have been, working diligently together to identify solutions to produce

21  documents and information responsive to Plaintiff's discovery requests;

22  **WHEREAS,** counsel for the parties continued to correspond via email in September 2022

23  regarding the aforementioned outstanding discovery production, including hardcopy and electronic

24  documents. On September 30, 2022, Defendant produced additional responsive documents to

25  Plaintiff and Defendant's counsel informed Plaintiff's counsel that they are still reviewing a large

26  volume of hardcopy documents, which they anticipated would be ready for production later in 2022.

27  The parties also agreed upon a random sample method;

28  JOINT STIPULATION TO MODIFY ORDER                    ACKERMANN & TILAJEF, P.C.
SETTING PRETRIAL SCHEDULE                             2602 North Proctor St., #205
CASE NO. 3:22-cv-05168-BHS-MLP                        Tacoma, Washington 98406
                                                      T. (253) 625-7720 | F. (310) 277-0635

1    **WHEREAS,** on December 15, 2022, Defendant produced timeclock records for Plaintiff, and

2    Plaintiff's counsel and Defendant's counsel continued to correspond and meet and confer in January

3    2023 regarding outstanding discovery documents, including the class list and a randomized sample

4    of timecard and wage statement records of the putative class members;

5    **WHEREAS,** On January 20, 2023, Defendant served Plaintiff with its Objections to

6    Plaintiff's Notice of Rule 30(b)(6) Deposition of Person Most Knowledgeable at McMenamins, Inc.

7    and requested that the parties meet and confer. Defendant's counsel also informed Plaintiff's counsel

8    that Defendant is still working on producing outstanding discovery. On January 26, 2023, Plaintiff's

9    counsel and Defendant's counsel engaged in a thorough meet and confer conversation via telephone

10   regarding Plaintiff's Rule 30(b)(6) topics, as well as the aforementioned outstanding discovery

11   productions, including the class list and a randomized sample of timecard and wage statement records

12   of the putative class members;

13   **WHEREAS,** On January 30, 2023, Defendant produced additional documents to Plaintiff,

14   including an anonymized class list and a 15% sample class list with putative class members' names,

15   but with no contact information. On February 2, 2023, Plaintiff's counsel emailed Defendant's

16   counsel regarding outstanding discovery productions, including a 15% sample class list with contact

17   information and random samples of the putative class members' timecard and wage statement

18   records. Plaintiff's counsel and Defendant's counsel have continued conferring in February and

19   March 2023 regarding outstanding discovery productions, and regarding jointly requesting that this

20   Court modify the Order Setting Pretrial Schedule, especially due to the difficulties Defendant has had

21   producing physical records as a result of the ransomware attack it was subjected to;

22   **WHEREAS,** the Parties have discussed the possibility of engaging in settlement discussions,

23   and those conversations are ongoing;

24   **WHEREAS,** the Parties agree that additional time is needed to complete written discovery

25   and depositions relevant to Plaintiff's forthcoming motion for class certification, and Defendant's

26   opposition to the same;

27   **WHEREAS,** there is good cause to modify the Order Setting Pretrial Schedule to allow the

28

JOINT STIPULATION TO MODIFY ORDER                    ACKERMANN & TILAJEF, P.C.
SETTING PRETRIAL SCHEDULE                                  2602 North Proctor St., #205
CASE NO. 3:22-cv-05168-BHS-MLP                       Tacoma, Washington 98406
                                                     T. (253) 625-7720 | F. (310) 277-0635

1  parties to complete written discovery, take depositions, including Defendant's Rule 30(b)(6)

2  deposition, and for Plaintiff to brief his motion for class certification;

3      **WHEREAS,** Fed. R. Civ. P. 16(b)(4) and LCR 16(b)(6) authorize a court to modify a case

4  schedule order "for good cause and with the judge's consent." *See also* Order Setting Pretrial

5  Schedule, Dkt. No. 12, which provides that Plaintiff's deadline to file his motion for class certification

6  "can be extended for good cause pursuant to LCR 23(i)." "Good cause considers the diligence of the

7  parties seeking the modification; a district court may modify the pretrial schedule 'if it cannot

8  reasonably be met with the diligence of the party seeking the extension.'" *Advanced Hair Restoration,*

9  *LLC v. Hair Restoration Ctrs., LLC*, 2017 U.S. Dist. LEXIS 101180, at *2 (W.D. Wash. June 29,

10  2018) (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)). "Although

11  the existence or degree of prejudice to the party opposing the modification might supply additional

12  reasons to deny a motion, the focus of the inquiry is upon the moving party's reasons for seeking

13  modification." *Fox v. State Farm Ins. Co.*, 2016 U.S. Dist. LEXIS 9056, at *4 (W.D. Wash. Jan. 26,

14  2016).

15      **WHEREAS,** the parties have acted with diligence in trying to adhere to the current Order

16  Setting Pretrial Schedule deadlines, including through several months of discovery-related meet and

17  confer efforts, but are jointly requesting a 120-day extension to the forthcoming deadlines in the

18  Order Setting Pretrial Schedule so that: (a) Defendant can produce to Plaintiff remaining outstanding

19  discovery documents and class data; (b) Plaintiff can take Defendant's Rule 30(b)(6) deposition; and

20  (c) Defendant can depose Plaintiff; and (d) Plaintiff can brief his motion for class certification. The

21  parties agree the current Order Setting Pretrial Schedule is no longer suitable due to unique

22  circumstances out of the Parties' control, and specifically due to the difficulties Defendant has had

23  producing physical records as a result of the ransomware attack it was subjected to, but that a modified

24  case schedule that provides a 120-day extension to the forthcoming deadlines in the Order Setting

25  Pretrial Schedule would allow the parties to complete discovery relevant to Plaintiff's forthcoming

26  motion for class certification, and may also assist the Parties in resolving the case. Accordingly, the

27  Parties agree that modifying the Order Setting Pretrial Schedule and its forthcoming deadlines as

28

JOINT STIPULATION TO MODIFY ORDER
SETTING PRETRIAL SCHEDULE
CASE NO. 3:22-cv-05168-BHS-MLP

ACKERMANN & TILAJEF, P.C.
2602 North Proctor St., #205
Tacoma, Washington 98406
T. (253) 625-7720 | F. (310) 277-0635

requested herein would be prudent and efficient for both the Court and the parties;

**WHEREAS,** neither party will be prejudiced by the requested modification of the Order Setting Pretrial Schedule and related deadlines; and

**WHEREAS,** this is the first time the parties have asked the Court to modify the Order Setting Pretrial Schedule.

## JOINT STIPULATION

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff, on the one hand, and Defendant, on the other hand, by and through their respective undersigned counsel, and subject to the Court's approval, that the deadlines in the Order Setting Pretrial Schedule set forth by the Court (Dkt. No. 12) shall be modified as follows, or set on such other dates as the Court determines:

| EVENT | DATE |
|---|---|
| Deadline for Plaintiff to file Motion for Class Certification and Report of Class Certification Expert. (This deadline can be extended for good cause pursuant to LCR 23(i).) | August 8, 2023 |
| Deadline for Defendant to file Opposition to Plaintiff's Motion for Class Certification and Report of Class Certification Expert | September 5, 2023 |
| Deadline for Plaintiff to Reply re: Motion for Class Certification | September 19, 2023 |
| Reports of expert witnesses under FRCP 26(a)(2) due | October 9, 2023 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (*see* LCR 7(d)) | October 9, 2023 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | November 13, 2023 |
| Discovery to be completed by | November 13, 2023 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | December 11, 2023 |

JOINT STIPULATION TO MODIFY ORDER
SETTING PRETRIAL SCHEDULE
CASE NO. 3:22-cv-05168-BHS-MLP

ACKERMANN & TILAJEF, P.C.
2602 North Proctor St., #205
Tacoma, Washington 98406
T. (253) 625-7720 | F. (310) 277-0635

1

2

3

4

5    DATED:  March 28, 2023                        Respectfully submitted,

6    */s/ Brian Denlinger*                          */s/ Christopher T. Wall*

7    Craig J. Ackermann, WSBA #53330               Christopher T. Wall, WSBA #45873
     Brian Denlinger, WSBA #53177                  Jacqueline Middleton, WSBA #52636
8    ACKERMANN & TILAJEF, P.C.                      STOEL RIVES LLP
     2602 North Proctor Street, #205               600 University Street, Suite 3600
9    Tacoma, WA 98406                               Seattle, WA 98101
     Phone: (310) 277-0614                          Phone:   (206) 624-0900
10   Fax:     (310) 277-0635                        Email:   Christopher.wall@stoel.com
     Email:  cja@ackermanntilajef.com                        Jacqueline.middleton@stoel.com
         bd@ackermanntilajef.com
11                                                  Karen L. O'Connor, WSBA #27012
     Tatiana Hernandez, WSBA #54446                 STOEL RIVES LLP
12   Law Office of Tatiana Hernandez, P.C.          760 SW 9th Ave., Suite 3000
     315 S Beverly Dr., Suite 504                   Portland, OR 97205
13   Beverly Hills, CA 90212                        Karen.oconnor@stoel.com
     Tel:     (213) 909-4248
14   Email: tatiana@thlawpc.com                     Attorneys for Defendant

15   Attorneys for Plaintiff

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

This matter came before the Court on the Parties' Joint Stipulation to Modify Order Setting Pretrial Schedule (the "Joint Stipulation"). The Court, having reviewed the Joint Stipulation, and good cause appearing for the relief sought therein, hereby orders that the deadlines in the Order Setting Pretrial Schedule set forth by the Court (Dkt. No. 12) shall be modified as follows:

| EVENT | DATE |
|---|---|
| Deadline for Plaintiff to file Motion for Class Certification and Report of Class Certification Expert. (This deadline can be extended for good cause pursuant to LCR 23(i).) | August 8, 2023 |
| Deadline for Defendant to file Opposition to Plaintiff's Motion for Class Certification and Report of Class Certification Expert | September 5, 2023 |
| Deadline for Plaintiff to Reply re: Motion for Class Certification | September 19, 2023 |
| Reports of expert witnesses under FRCP 26(a)(2) due | October 9, 2023 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (*see* LCR 7(d)) | October 9, 2023 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due | November 13, 2023 |
| Discovery to be completed by | November 13, 2023 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) | December 11, 2023 |

**IT IS SO ORDERED.**

DATED this 29th day of March, 2023.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

JOIN STIPULATION TO MODIFY ORDER
SETTING PRETRIAL SCHEDULE
CASE NO. 3:22-cv-05168-BHS-MLP

ACKERMANN & TILAJEF, P.C.
2602 North Proctor St., #205
Tacoma, Washington 98406
T. (253) 625-7720 | F. (310) 277-0635